UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

THERESA CIDONI,

                      Plaintiff,

     - against -

WOODHAVEN CENTER OF CARE, GABRIEL PLATSCHAK,
and MELISSA MODICA,

                      Defendants.

---------------------------------------------------------------------------x

Civil Action No.: 2:21-cv-03654

**STIPULATION OF DISMISSAL**

     **IT IS HEREBY STIPULATED**, by and between the undersigned, the parties to this action, that whereas no party hereto is an infant, incompetent or person for whom a guardian has been appointed, that the above-entitled action be, and the same hereby is dismissed with prejudice, without costs to either party as against the others.

     **IT IS FURTHER STIPULATED AND AGREED**, that facsimile signatures will have the same force and effect as originals and that the within stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

DATED:     Lake Success, New York
                August 22, 2023

**J.S. FRITZSON LAW FIRM, P.C.**

BY: _____
JOSEPH S. FRITZSON, ESQ.
*Attorneys for Plaintiff*
THERESA CIDONI
1979 Marcus Avenue, Suite 210
Lake Success, New York 11042
(631) 676-7676

**KOMBOL LAW GROUP, PC**

BY: *Brendan Kombol*
BRENDAN KOMBOL, ESQ.
*Attorneys for Defendants*
340 Atlantic Ave
Brooklyn, New York 11201